# United States Court of Appeals
## For the First Circuit

Nos. 18-1669, 19-1042, 19-1043, 19-1107

UNITED STATES OF AMERICA,

Appellee,

v.

MARTIN GOTTESFELD,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on November 5, 2021 is amended as follows:

On page 25, line 10, add "to" between "public" and "attend"

On page 30, line 2, replace "issue" with "issues"